Before the Third Division, December 17, 1953

No. 57696.—Freedman & Slater, Inc. v. United States, protests 201657-K and 201661-K (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

No. 57697.—Rohner, Gehrig & Co., Inc. v. United States, protest 195606-K (New York).

Opinion by Ekwall, J. When the case was called for trial, a witness appeared on behalf of the plaintiff, but no evidence was offered, and the case was submitted. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

No. 57698.—Morganite, Inc. v. United States, protests 208550-K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.